**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HERBERT MARTINEZ,

    Plaintiff,

v.                                           Case No: 8:14-cv-215-T-30MAP

KURT HEINTZMANN, STEVEN
TONER, ANTHONY SCAGLIONE,
LISA HERNDON, FRANK MARTINEZ,
VICKIE MARTINEZ, MICHAEL
BECKWITH, BRYAN FAULKINGHAM,
GISELLE DEPIERO, WILLIAM
POWERS, AL NIENHUIS and BRAD
KING,

    Defendants.

**ORDER**

    Plaintiff, a prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Dkt. #1) and a Motion for Leave to Proceed *in forma pauperis* (Dkt. #2). This Court entered an Order denying Plaintiff's Motion to Proceed *in forma pauperis* and directing Plaintiff to file an Amended Complaint. (Dkt. #4)   Plaintiff filed his Amended Complaint (Dkt. #5). He also filed an Emergency Motion for Miscellaneous Relief to Waive PACER fees (Dkt. #6) on the basis of his indigency and financial hardship, but did not file a renewed Motion for Leave to Proceed *in forma pauperis* or pay the $400.00 filing fee.

It is therefore ORDERED and ADJUDGED that:

1. Plaintiff shall, within fourteen (14) days from the date of this Order, either submit the $400.00 filing fee or properly complete and file a renewed Motion for Leave to Proceed *in forma pauperis* and Affidavit of Indigency. Failure to do so will result in the **dismissal** of this action **without further notice**.

2. Plaintiff's Emergency Motion to Waive PACER fees (DKT. #6 ) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of April, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-215 pay fee.docx

2